No. 456. McNISH v. AMERICAN BRASS Co. ET AL. Supreme Court of Errors of Connecticut. Certiorari denied.

*David R. Lessler* for petitioner. *William J. Larkin, Jr.* for the American Brass Co.; and *Margaret C. Driscoll* for the Ansonia Brass Workers Union Local 445, respondents.